# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

CV 13 80 034 MISC

| | |
|---|---|
| Paul C. BOLIN, | Case Number 3-13-mc-_____-CRB |
| Petitioner, | DEATH-PENALTY CASE |
| v. | ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |
| Kevin CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner was convicted and sentenced to death in Kern Superior Court. *See generally Bolin v. Chappell*, No. 1-99-cv-5279-LJO (E.D. Cal. filed Aug. 21, 2012) (Doc. No. 276). This capital habeas action therefore should be heard in the Eastern District of California. N.D. Cal. Habeas L.R. 2254-22(a); E.D. Cal. L.R. 191(f). Accordingly, this action is hereby transferred to the District Court for the Eastern District of California. "The Clerk immediately shall advise the Clerk of Court" of the Eastern District. N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: February 21, 2013

CHARLES R. BREYER
United States District Judge

Case No. 3-13-mc-_____-CRB
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
(DPSAGOK)